# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Lazaro Vega Garcia,

        Petitioner,

v.

Pamela Bondi, et al.,

        Respondents.

No. CV-26-00683-PHX-MTL (MTM)

**ORDER**

On February 4, 2026, Petitioner filed this action under § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondents to respond to the Petition. (Doc. 5.) On February 18, 2026, Respondents filed a response indicating Petitioner was removed from the United States. (Doc. 7.) Because Petitioner is no longer in custody, the petition is moot. *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007) ("We hold that because Abdala's habeas claims challenged only the length of his detention . . . his grievance could no longer be remedied once he was deported. His petition was thus rendered moot by his removal.") Petitioner's arguments against mootness are not persuasive. The Court will therefore dismiss this action as moot.

**IT IS THEREFORE ORDERED** Petitioner's Petition under 28 U.S.C. § 2241 (Doc. 1) and this case are dismissed as moot.

. . . .

. . . .

. . . .

**IT IS FURTHER ORDERED** all pending motions are denied and the Clerk of Court must enter judgment accordingly and close this case.

Dated this 16th day of March, 2026.

_Michael T. Liburdi_
Michael T. Liburdi
United States District Judge